**George A. DELORIER, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 62191.

Missouri Court of Appeals, Western District.

Feb. 10, 2004.

John M. Schilmoeller, Kansas City, MO, for Appellant.

Andrea K. Spillars, Jeremiah W. (Jay) Nixon, Atty. Gen., and Andrea M. Follett, Jefferson City, MO, for Respondent.

Before LISA WHITE HARDWICK, P.J., PAUL M. SPINDEN and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

Mr. George A. Delorier appeals the denial of his Rule 24.035 motion for postconviction relief after an evidentiary hearing.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).